UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NIEVES,

              Plaintiff,

-against-

LEWIS J. LIMAN, UNITED STATES
DISTRICT COURT JUDGE; THE NEW
YORK CITY LAW DEPARTMENT;
LaDONNA S. SANDFORD, SENIOR
COUNSEL,

              Defendants.

20-CV-9503 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued December 7, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 7, 2020
            New York, New York

                                                          LOUIS L. STANTON
                                                             U.S.D.J.